UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

RICHARD W. COLLINS, JR.

Debtor.

Chapter 13
Case No. 17-20019

## ORDER DENYING FIRST AND FINAL APPLICATION OF J. SCOTT LOGAN, ESQ. FOR COMPENSATION OF LEGAL SERVICES

This matter came before the Court on Mr. Logan's October 20, 2017 First and Final Application of J. Scott Logan, Esq. for Compensation of Legal Services (the "Fee Application") pursuant to which Mr. Logan seeks compensation in the amount of $6,960.00 in fees and reimbursement of $400.18 in expenses, for a total award of $7,360.18.

This case was dismissed by order dated September 20, 2017 (the "Dismissal Order"); one month prior to the date on which Mr. Logan filed the Fee Application. The Dismissal Order did not contain a retention of jurisdiction provision and, therefore, this Court is without jurisdiction to afford Mr. Logan the relief he seeks. *See, e.g.*, *In re Martin*, 2017 WL 3017091 *1 (Bankr. D. Me. July 14, 2017) (awarding fees post-petition where dismissal order expressly retained jurisdiction to determine fees); *In the Matter of Republic Realty Corp.*, 1988 WL 1571481 (Bankr. S.D. Iowa Aug. 4, 1988) (denying fees where order dismissing chapter 11 does not contain a retention of jurisdiction provision); *In the Matter of Mandalay Shores Coop. Hous. Ass'n*, 60 B.R. 22 (Bankr. M.D. Fla. 1986) (granting fee application and directing payment of awarded fees and expenses as a condition of dismissal where dismissal order provided for the retention of jurisdiction for such purpose).

For the foregoing reasons, the Fee Application is hereby DENIED in its entirety.


Dated:  December 4, 2017

/s/ Peter G. Cary
Judge Peter G. Cary
United States Bankruptcy Court